**Order filed April 17, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01010-CV
_____

### RON VILOTTI, Appellant

V.

### FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE COMPANY, Appellees

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 320790240

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 240th District Court informed this court that appellant had not made arrangement's for payment for the reporter's record. On March 26, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty

days of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


PER CURIAM